# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB ROBARDS,** : | | |
| Petitioner : | | |
| : | No. 1:22-cv-00648 | |
| v. : | | |
| : | (Judge Rambo) | |
| **P. GIBSON,** : | | |
| Respondent : | | |

## ORDER

**AND NOW**, on this 25th day of July 2022, upon consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons that are set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge